## No. 14,384.

### PACIFIC MUTUAL LIFE INSURANCE COMPANY OF CALIFORNIA v. HERSHEY.
(87 P. [2d] 1120)

Decided February 14, 1939.

Judgment affirmed en banc without written opinion, Mr. Chief Justice Hilliard and Mr. Justice Bock not participating.

Mr. CASS M. HERRINGTON, for plaintiff in error.

Messrs. QUIAT & CUMMINGS, Messrs. DICKERSON, MORRISSEY & BROMLEY, for defendant in error.